UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-12, <br><br> Defendants. | Case No.: C 05-2115 PVT <br><br> **ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On July 12, 2005, this court entered an order which, among other things, directed counsel for Plaintiff Coupons, Inc. ("Coupons") to show cause why they should not be sanctioned in the amount of $100.00 for again failing to follow the Federal Rules of Civil Procedure and this court's Civil Local Rules.[1] On July 18, 2002, counsel for Plaintiff filed a declaration in response to the court's order. Based on the declaration and the file herein,

IT IS HEREBY ORDERED that the order to show cause is DISSOLVED. The court appreciates counsel's commitment to ensuring that they are familiar with both the Federal Rules of Civil Procedure and this court's Civil Local Rules, in order to comply therewith.

Dated: *7/21/05*

                            */s/ Patricia V. Trumbull*
                            PATRICIA V. TRUMBULL
                            United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

**United States District Court**

For the Northern District of California

1 | courtesy copy mailed on          to:
2 | Christine Dzujna
  | Manager, Legal Affairs
3 | Time Warner Cable
  | 290 Harbor Drive
4 | Stamford, CT 06902

ORDER, *page 2*